FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2005 AUG 10 PM 3:30

CLERK _____

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

JOHN RANDALL FUTCH, )
)
    Petitioner, )
)
vs. ) Case No.: CV405-53
)
UNITED STATES OF AMERICA, )
)
    Respondent. )
_____)

# ORDER

Before the Court is the Report and Recommendation of the Magistrate Judge, which recommends that Petitioner's motion for resentencing based on the overturning of his 1993 guilty plea to second degree criminal damage to property be granted while all other requested habeas relief be denied. After a careful de novo review of the record in this case, including Petitioner's objections, the Court concurs with the Magistrate's recommendation and adopts it as the opinion of this Court.[1] Accordingly, Petitioner's motion for resentencing based on the vacatur of his

---

[1] In the objections to the Magistrate's Report and Recommendations, Petitioner's counsel advances the same arguments Petitioner advanced before the Magistrate while ignoring facts pointed out by the Magistrate. For example, counsel continues to argue that Petitioner's trial counsel was ineffective for failing to contest an adjustment for Petitioner having used a minor to commit a crime. She contends that the Government has only shown the presence of a minor and that "[i]n fact there was no evidence indicating how the presence of the baby assisted Mr. Futch in the distribution of cocaine." (Doc. 8 at 4-5.) In so doing, she disregards the fact, pointed out by the Magistrate Judge, that her client admitted at sentencing that he concealed cocaine underneath a baby that was riding next to him in a car. (Doc. 6 at 10) (citing Sent. Trans. at 41-44).

state conviction is **GRANTED**, and all other requested habeas relief is **DENIED**.

Prior to August 30, 2005, the Court will schedule Petitioner's resentencing. In the interim, the United States Probation Office is **DIRECTED** to prepare a revised presentence investigation report taking into consideration the overturning of Petitioner's 1993 state conviction. Additionally, pursuant to Rule 44(a) of the Federal Rules of Criminal Procedure, if Petitioner is unable to obtain counsel, he is entitled to have counsel appointed to represent him at resentencing. The Court notes that Petitioner has been represented by Cheryl J. Strum during his habeas petition. If Petitioner has retained Ms. Strum to represent him during his resentencing, Ms. Strum is **DIRECTED** to file a notice of appearance in Petitioner's criminal matter pursuant to Local Rules 83.4 and 83.6(c). Otherwise, the Court will proceed to appoint Petitioner counsel.

Also, the Court notes that the issues raised by Petitioner's pro se motion for injunctive relief (Doc. 7) have no bearing on his habeas petition, and, therefore, that motion is **DENIED**.

SO ORDERED this 10th day of August, 2005.

---
WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

2

# United States District Court
## Southern District of Georgia

John Randall Futch )

vs ) CASE NUMBER CV405-53

United States of America )
) DIVISION SAVANNAH

The undersigned, a regularly appointed and qualified deputy in the office of the Clerk of this district, while conducting the business of the Court for said division, does hereby certify the following:

1. Pursuant to the instructions from the Court and in the performance of my official duties, I personally placed in the United States Mail a sealed envelope, and properly addressed to each of the persons, parties or attorneys named below; and

2. That the aforementioned enveloped contained a copy of the document dated August 10, 2005, which is part of the official record of this case.

Date of Mailing: August 10, 2005

Date of Certificate ☒ same date, or _____

Scott L. Poff, Clerk

By: /s/ [signature]

Deputy Clerk

**Name and Address**

Cheryl J. Strum, 387 Ring Road, Chadds Ford, PA 19317
John Randall Futch, 08700-021, Federal Correctional Institution, P.O.Box 725, Edgefield, SC 29824
Amy Lee Copeland, U.S. Attorney's Office, P. O. Box 8970, Savannah, GA 31412
CRIMINAL
U.S. Probation Office

☐ Copy placed in Minutes
☒ Copy given to Judge
☐ Copy given to Magistrate