IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) CASE NO. CR402-285 |
| JOHN RANDALL FUTCH, | ) |
| Defendant. | ) |

## ORDER

Before the Court is Defendant John Randall Futch's Motion for Recusal. (Doc. 126.) In his Motion, Defendant argues that the record in two other cases, CV405-053 and CV404-097, support recusal.

When making a determination concerning recusal, the appropriate question is "whether the average judge in his position is 'likely' to be neutral, or whether there is an unconstitutional 'potential for bias.'" Caperton v. A.T. Massey Coal Co., 129 S. Ct. 2252, 2262 (2009). After reviewing the record in CV405-053 and cv404-097, the Court concludes that Defendant has failed to show that this Court is either unlikely to be neutral or may be biased against Defendant. Accordingly, Defendant's Motion is **DENIED**.[1]

SO ORDERED this 30th day of September, 2009.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] After careful consideration, Defendant's Motion for Writ of Habeas Corpus as Prosequendum (Doc. 123) is **DISMISSED AS MOOT**.