# UNITED STATES DISTRICT COURT
for the
Southern District of Georgia
Savannah Division

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| John Randall Futch | ) | Case No: 4:02-CR-00285-1 |
| | ) | USM No: 08700-021 |
| Date of Original Judgment: February 21, 2003 | ) | Cheryl J. Sturm |
| Date of Previous Amended Judgment: June 23, 2006 | ) | Defendant's Attorney |
| *(Use Date of Last Amended Judgment, if any)* | | |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of [X] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

[ ] **DENIED.** [X] **GRANTED** and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  215  months **is reduced to**  190 months  .

*(Complete Parts I and II of Page 2 when motion is granted)*

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
MAY 18 2015
CLERK
SO. DIST. OF GA

Except as otherwise provided above, all provisions of the judgment dated  June 23, 2006,  shall remain in effect.
**IT IS SO ORDERED.**

Order Date:  MAY 18, 2015 

_____
Judge's signature

William T. Moore, Jr.
Judge, U.S. District Court
Southern District of Georgia

Effective Date: November 1, 2015
*(if different from order date)*

*Printed name and title*