FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2016 APR 20 PM 3:59
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

JOHN RANDALL FUTCH,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Defendant.

CASE NOS. CV414-076
CR402-285

## O R D E R

Before the Court is Petitioner's Motion Pursuant to 60(b). (Doc. 13.) In the motion,[1] Petitioner contends that the prior judgment dismissing his habeas petition as successive is void. (Id. at 1.) After careful consideration of both Plaintiff's motion and the record, the Court concludes that Petitioner has not established the extraordinary circumstances necessary to warrant relief under Federal Rule of Civil Procedure 60(b). Accordingly, Petitioner's motion is **DENIED**. As a result, Petitioner's Motion for Disposition (Doc. 22) is **DISMISSED AS MOOT**.

SO ORDERED this 20th day of April 2016.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] Plaintiff's Motion to Supplement (Doc. 14) and Motion to Supplement Petitioner's Response (Doc. 17) are **GRANTED**. As a result, the Court considered those documents when ruling on Petitioner's motion.