FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2016 JUN 22 AM 10: 56
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

JOHN RANDALL FUTCH, )
)
    Petitioner, )
)
v. ) CASE NOS. CV414-076
)               CR402-285
UNITED STATES OF AMERICA, )
)
    Defendant. )
)

## O R D E R

Before the Court is Petitioner's Motion for Certificate of Appealability ("COA") (Doc. 26) and Motion for Leave to Appeal In Forma Pauperis (Doc. 29). Pursuant to 28 U.S.C. § 2253(c), an appeal may not be taken in this matter unless the court first issues a COA. This certificate may issue only if Petitioner has made a substantial showing of the denial of a constitutional right. Slack v. McDaniel, 529 U.S. 473, 484 (2000). The Court has carefully considered Petitioner's case and finds that he cannot meet the above standard. As a result, any request by Petitioner for leave to appeal in forma pauperis would be moot. Accordingly, Petitioner's Motion for Certificate of Appealability (Doc. 26) is **DENIED** and Motion for Leave to Appeal In Forma Pauperis (Doc. 29) is **DISMISSED AS MOOT**.

SO ORDERED this 22ND day of June 2016.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA